Herbert L. Hochschild, defendant in error, v. Goddard Tool Company, plaintiff in error. Gen. No. 28,295.

Suit by stockholder for dividend. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams,

Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed with a finding of fact. Opinion filed April 30, 1924.

Fassett, Abbott & Hughes, for plaintiff in error; John E. Hughes and Samuel Kraus, of counsel. Charles C. Kirk, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.